UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. CANNELL, IV,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF UTAH, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01154-BAM<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN THIRTY DAYS<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Thomas A. Cannell, IV, proceeding *pro se,* filed the instant action against The People of the State of Utah, Apple Computer, Inc., and Jocelyn Anderson Jobs on August 23, 2019. (Doc. No. 1.) Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff a form for application to proceed in forma pauperis for a prisoner;

2. Within thirty (30) days of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis for a prisoner, or in the alternative, pay the $400.00 filing fee for this action; and

3. **Failure to comply with this order will result in a recommendation for dismissal of this action.**

IT IS SO ORDERED.

Dated: **August 28, 2019**       /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE